```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  RICHARD SHOEMAKER-MOYLE
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Mag. No. 03-0114-GGH
                                 )
12                               )
              Plaintiff,         )  GOVERNMENT'S MOTION TO DISMISS
13                               )  COUNT II OF THE INFORMATION
                                 )  AND ORDER
14       v.                      )
                                 )
15  AURORA ALVARADO,             )  DATE:  October 27, 2008
                                 )  TIME:  9:00 a.m.
16            Defendant.         )  JUDGE: Hon. Gregory G. Hollows
    _____)
17
18       Pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, plaintiff United States of America, by and through its
20  undersigned attorney, hereby moves this Honorable Court for an
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1 | Order dismissing Count II in the charging Information for the
2 | above matter.
3 | Dated: October 27, 2008                McGREGOR SCOTT
                                           United States Attorney
4 |
5 |                                        By: /s/S. Robert Tice-Raskin
                                               S. ROBERT TICE-RASKIN
6 |                                            Assistant U.S. Attorney
7 |
8 |                        O R D E R
9 | IT IS SO ORDERED:
10 | DATED: November 4, 2008
11 |
    /s/ Gregory G. Hollows
12 | HON. GREGORY G. HOLLOWS
    United States Magistrate Judge
13 |
14 |
    alvarado114.ord
15 |